Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

    Case No.: 16−32055−ABA
    Chapter: 13
    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Miguel Figueroa                            Iluminida Figueroa
  326 Cypress Ave                          326 Cypress Ave
  Woodlynne, NJ 08107                Woodlynne, NJ 08107

Social Security No.:
  xxx−xx−0666                               xxx−xx−5109

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on March 13, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 31 − 30
Order Granting Application for Extension of Loss Mitigation (Related Doc # 30). Loss Mitigation Period Extended to: 6/7/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/13/2017. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 13, 2017
JAN: bc

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel Figueroa  
Iluminida Figueroa  
      Debtors

Case No. 16-32055-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 13, 2017  
                        Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.  
lm         +Midland Mortgage Company,    POB 26648,    Oklahoma City, OK 73126-0648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:

         Brad J. Spiller     on behalf of Debtor Miguel Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Brad J. Spiller     on behalf of Joint Debtor Iluminida Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
         Denise E. Carlon     on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
                                                                                                    TOTAL: 4