UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

In Re:

Miguel Figueroa and Iluminida Figueroa, Debtors

Order Filed on March 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-32055

Chapter: 13

Judge: Andrew B. Altenburg, Jr.

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 13, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __December 7, 2016__ :

Property:     326 Cypress Avenue, Woodlynne, NJ 08107

Creditor:     Midland Mortgage Company

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by __the debtor__, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __6/7/2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:    Case No. 16-32055-ABA
Miguel Figueroa    Chapter 13
Iluminida Figueroa
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 13, 2017
       Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2017.
db/jdb    +Miguel Figueroa,    Iluminida Figueroa,    326 Cypress Ave,    Woodlynne, NJ 08107-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

   ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2017             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
  Brad J. Spiller    on behalf of Debtor Miguel  Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
  Brad J. Spiller    on behalf of Joint Debtor Iluminida  Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
  Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
  Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
                  TOTAL: 4