**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Miguel Figueroa and Iluminida Figueroa

Case No.: 16-32055

Hearing Date: _____

Chapter: 13

Judge: ABA

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable Andrew B. Altenburg, United States Bankruptcy Judge.

**Reason for Hearing:** Objection to Early Termination of Loss Mitigation

**Location of Hearing:** Courtroom No. 4B
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** 5/9/2017 at 10:00am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: April 18, 2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on April 18, 20 17 this notice was served on the following:

Debtor(s)
Debtor(s) Attorney, if any
Creditors Attorney
Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Kathleen V. Ryan
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:	Case No. 16-32055-ABA
Miguel Figueroa	Chapter 13
Iluminida Figueroa
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin         Page 1 of 1         Date Rcvd: Apr 18, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2017.
db/jdb        +Miguel Figueroa,   Iluminida Figueroa,   326 Cypress Ave,   Woodlynne, NJ 08107-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2017 at the address(es) listed below:
         Brad J. Spiller    on behalf of Debtor Miguel  Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
         Brad J. Spiller    on behalf of Joint Debtor Iluminida  Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
         Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
         Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
                                                            TOTAL: 5