UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Brad J. Spiller, Esquire
175 Richey Avenue
Collingswood, NJ 08107
(856) 963-5000
BS 1035
Attorney for Debtor(s)

In Re:

Miguel Figueroa
Ilumidia Figueroa

Order Filed on September 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-32055

Chapter: 13

Judge: ABA

# AMENDED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Brad J. Spiller_____, the applicant, is allowed a fee of $ _____1,937.50_____ for services rendered and expenses in the amount of $_____40_____ for a total of $_____1,977.50_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____669.00_____ per month for _____51_____ months to allow for payment of the above fee.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel Figueroa  
Iluminida Figueroa  
    Debtors

Case No. 16-32055-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 29, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2017.  
db/jdb        +Miguel Figueroa,    Iluminida Figueroa,    326 Cypress Ave,    Woodlynne, NJ 08107-2114

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2017 at the address(es) listed below:
           Brad J. Spiller    on behalf of Debtor Miguel Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
           Brad J. Spiller    on behalf of Joint Debtor Iluminida Figueroa bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com  
           Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
                                                                                                                          TOTAL: 6