Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−32055−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Miguel Figueroa
326 Cypress Ave
Woodlynne, NJ 08107

Iluminida Figueroa
326 Cypress Ave
Woodlynne, NJ 08107

Social Security No.:
xxx−xx−0666

xxx−xx−5109

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on October 1, 2018.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 1, 2018
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Miguel Figueroa  
Iluminida Figueroa  
    Debtors

Case No. 16-32055-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Oct 01, 2018  
               Form ID: 148    Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2018.

```
db/jdb         +Miguel Figueroa,    Iluminida Figueroa,    326 Cypress Ave,    Woodlynne, NJ 08107-2114
aty            +KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,    Westmont, NJ 08108-2812
lm             +Midland Mortgage Company,    POB 26648,    Oklahoma City, OK 73126-0648
516506304      +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516506308      +Central Credit Services,    9550 Regency Square Blvd Ste 500,    Jacksonville, FL 32225-8169
516506309      +Chrysler Financial Services,    310 Sawmill Ln,    Horsham, PA 19044-1925
516706661      +Chrysler Financial Services Americas LLC,    Rubin and Rothman, LLC,    1787 Veterans Hwy Ste 32,
                 Islandia, NY 11749-1500
516506310      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516506312      +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516704167      +Cooper University Physician C/O CHRI,    PO Box 1289,    Peoria, IL 61654-1289
516637971      +Dr. Joseph J Fallon, Jr.,    Michael R Mazzoni, Esq,    1170 East Landis Avenue,
                 Vineland, NJ 08360-4216
516637477      +Dr. Joseph J. Fallon, Jr., M.D., P.A.,    1170 East Landis Avenue,
                 Vineland, New Jersey 08360-4216
516506318      +Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
516506320      +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
516506323     #+Joseph Fallon Jr., MD,    603 N Broad St Ste 200,    Woodbury, NJ 08096-1619
516506324      +KML Law Group, PC,    216 Haddon Ave, Ste 406,    Westmont, NJ 08108-2812
516628011      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516506325      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    Po Box 26648,
                 Oklahoma City, OK 73126-0648
516506326      +Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
516506327      +Remex,    307 Wall St,    Princeton, NJ 08540-1515
516506328      +South Jersey Radiology,    PO Box 1710,    Voorhees, NJ 08043-7710
516506329      +Timothy P. Search, Esquire,    112 W Park Dr,    Mount Laurel, NJ 08054-1246
516513079      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, D.C. 20410-0002
516557497      +US Dept. of Housing,    and Urban Develop,    451 7th Street S.W.,    Washington, DC 20410-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 02 2018 01:09:48     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 02 2018 01:09:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516506306      +E-mail/Text: info@chcollects.com Oct 02 2018 01:10:52      C&H Collections,    PO Box 1399,
                 Merchantville, NJ 08109-0399
516506314      +E-mail/Text: legal-dept@cooperhealth.edu Oct 02 2018 01:09:45      Cooper Health System,
                 PO Box 6018,    Bellmawr, NJ 08099-6018
516506317      +EDI: CCS.COM Oct 02 2018 04:38:00      Credit Collections Svc,    Po Box 773,
                 Needham, MA 02494-0918
                                                                                              TOTAL: 5
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516506305*     +ARS/Account Resolution Specialist,    Po Box 459079,    Sunrise, FL 33345-9079
516506307*     +C&H Collections,    PO Box 1399,    Merchantville, NJ 08109-0399
516506311*     +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
516506313*     +Convergent Heathcare Recovery,    121 Ne Jefferson St,    Suite 100,    Peoria, IL 61602-1229
516506315*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
516506316*     +Cooper Health System,    PO Box 6018,    Bellmawr, NJ 08099-6018
516506319*     +Emrg Phy Assoc Of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
516506321*     +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
516506322*     +Haddon Emergency Physicians,    PO Box 41541,    Philadelphia, PA 19101-1541
                                                                                      TOTALS: 0, * 9, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

```
District/off: 0312-1          User: admin                Page 2 of 2                  Date Rcvd: Oct 01, 2018
                              Form ID: 148               Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 1, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Joint Debtor Iluminida  Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Andrew Thomas Archer    on behalf of Debtor Miguel  Figueroa aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Miguel  Figueroa bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brad J. Spiller    on behalf of Joint Debtor Iluminida  Figueroa bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
                                                                                             TOTAL: 8
```